BRETT L. TOLMAN, United States Attorney (#8821)
JOHN W. HUBER, Assistant United States Attorney (#7726)
SCOTT B. ROMNEY, Assistant United States Attorney (#10270)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIM DeCHRISTOPHER,<br><br>Defendant. | INDICTMENT<br><br>30 U.S.C. § 195(a)(1) (Violation of Federal Onshore Oil and Gas Leasing Reform Act); 18 U.S.C. § 1001 (False Statement)<br><br>Case: 2:09-cr-00183<br>Assigned To : Benson, Dee<br>Assign. Date : 4/1/2009<br>Description: USA v. |

### Count 1
### 30 U.S.C. § 195 (a)(1)
### Violation of Federal Onshore Oil and Gas Leasing Reform Act

1.   In 1987, Congress enacted the Federal Onshore Oil and Gas Leasing Reform Act, which established significant changes to the regulations for oil and gas leasing. One of the key provisions of the Act was the establishment of a competitive bidding process for oil and gas leases. This part of the Act was designed to address provisions in the former

non-competitive leasing system that were criticized for allowing fraud, abuse and excessive speculation.

2. The Act established procedures that must be followed by the Bureau of Land Management in conducting the oral bidding process. In addition, the Act established requirements for those engaged in the competitive bidding process.

3. On or about December 19, 2008, in the Central Division of the District of Utah,

TIM DeCHRISTOPHER,

Defendant herein, did organize and participate in a scheme, arrangement, plan, and agreement to defeat the provisions of the Federal Oil and Gas Leasing Reform Act, described under 16 U.S.C. § 3148, and its implementing regulations by knowingly interfering with the competitive bidding process of the sale of federal oil and gas leases.

4. As part of the scheme to defeat the provisions of the Federal Oil and Gas Leasing Reform Act, Defendant attended an auction for oil and gas leases at the Salt Lake City office of the Bureau of Land Management, an agency of the United States, and represented himself as a *bona fide* bidder, when in fact he was not.

5. In furtherance and execution of the scheme, Defendant completed a Bidder Registration Form certifying that he had a good faith intention to acquire an oil and gas lease on the offered lands.

6. In furtherance and execution of the scheme, Defendant bid on and purchased oil and gas leases that he had neither the intention nor the means to acquire.

All in violation of 30 U.S.C. § 195(a)(1), and punishable by 30 U.S.C. § 195(b).

### Count 2
### 18 U.S.C. § 1001
### False Statement

On or about December 19, 2008, in the Central Division of the District of Utah,

TIM DeCHRISTOPHER

Defendant herein, in a matter within the jurisdiction of the United States Bureau of Land Management, an agency of the United States, did knowingly and willfully make a false and fraudulent material representation in that Defendant completed and signed a "Bidder Registration Form," that certified Defendant had a good faith intention to acquire an oil and gas lease on lands offered for auction by the United States, when in fact Defendant had no intention of acquiring such lease.

All in violation of 18 U.S.C. § 1001, and punishable by the same.

A TRUE BILL: /s/

_____
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
UNITED STATES ATTORNEY

_____
SCOTT B. ROMNEY
Assistant United States Attorney